UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PAULETTE BARCLIFT, on behalf of Herself and others similarly situated, Plaintiff, | : : : : | |
| v. | : : | No. 5:21-cv-04335 |
| KEYSTONE CREDIT SERVICES, LLC, Defendant. | : : | |

**O R D E R**

**AND NOW**, this 14th day of February, 2022, since the Court does not have subject-matter jurisdiction over this case, and for the reasons stated in the Court's Opinion issued this same day, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Complaint, ECF No. 1, is **dismissed without prejudice**.

2. Defendant's motion, ECF No. 9, is **dismissed**.

3. Plaintiff has **14 days from the date of this Order** to file an Amended Complaint if she wishes.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff should only file an Amended Complaint if she can sufficiently allege that she suffered a concrete harm from the Defendant's actions.