UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULETTE BARCLIFT, on behalf of Herself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>KEYSTONE CREDIT SERVICES, LLC,<br>    Defendant. | :<br>:<br>:<br>:<br>:  No. 5:21-cv-04335<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 13th day of April, 2022, since the Court does not have subject-matter jurisdiction over this case, for the reasons stated in the Court's February 14, 2022, opinion, *see* ECF No. 21, and for the reasons stated in the Court's Opinion issued this same day, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Amended Complaint, ECF No. 23, is **DISMISSED with prejudice**.[1]

2. Defendant's motion, ECF No. 24, is **dismissed** as moot.

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court dismisses the Amended Complaint with prejudice because Barclift had an opportunity to cure her claim's deficiencies but did not. Any additional amendments would therefore be futile. *See Boyd v. New Jersey Dept. of Corrections*, 583 Fed. Appx. 30, 32 (3d Cir. 2014).